IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERING INDUSTRY PENSION TRUST FUND; BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERERS HEALTH AND WELFARE TRUST FUND; BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERERS' JOINT APPRENTICESHIP AND TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE PLASTERERS LOCAL NO. 295 VACATION PLAN; BOARD OF TRUSTEES OF THE SACRAMENTO VALLEY LATH AND PLASTER LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND; BOARD OF TRUSTEES OF THE OPERATIVE PLASTERERS' AND CEMENT MASONS' LOCAL NO. 300, AREA 295, <br><br> Plaintiffs, <br><br> v. <br><br> HINDS BROS. COMPANY, INC., a California Corporation, <br><br> Defendant. | No. C 05-00687 WHA <br><br> **ORDER REQUESTING STIPULATED DISMISSAL** |

It is the Court's understanding that this matter was settled during an ENE session on August 30, 2005. Accordingly, the parties are requested to submit a stipulated dismissal of all claims by **SEPTEMBER 23, 2005**, so the Court may issue an order instructing the Clerk to officially close the case file.

**IT IS SO ORDERED.**

Dated: September 1, 2005



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE