IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERING INDUSTRY PENSION TRUST FUND; BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERERS HEALTH AND WELFARE TRUST FUND; BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERERS' JOINT APPRENTICESHIP AND TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE PLASTERERS LOCAL NO. 295 VACATION PLAN; BOARD OF TRUSTEES OF THE SACRAMENTO VALLEY LATH AND PLASTER LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND; BOARD OF TRUSTEES OF THE OPERATIVE PLASTERERS' AND CEMENT MASONS' LOCAL NO. 300, AREA 295, <br><br>            Plaintiffs, <br><br>   v. <br><br> HINDS BROS. COMPANY, INC., a California Corporation, <br><br>            Defendant. | No. C 05-00687 WHA <br><br> **ORDER APPROVING STIPULATION** |

The stipulated settlement agreement submitted by the parties is **APPROVED**. The Clerk of the Court is instructed to administratively **CLOSE THE FILE**. Plaintiffs may petition the Court to enter a consent judgment if and when defendant defaults in making any of the monthly payments contemplated by the agreement. Otherwise, upon completion of the final payment, plaintiffs shall dismiss their claims.

**IT IS SO ORDERED.**

Dated: September 22, 2005

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE