```
 1  McCARTHY, JOHNSON & MILLER
        LAW CORPORATION
 2  LORI A. NORD, #87993
    595 Market Street, Suite 2200
 3  San Francisco, CA  94105
    Telephone:  (415) 882-2992
 4  Facsimile:  (415) 882-2999
    E-mail:     lnord@mjmlaw.us
 5
    Attorneys for Plaintiffs
 6

 7

 8                  UNITED STATES DISTRICT COURT

 9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  BOARD OF TRUSTEES OF THE NORTHERN  ) No. C 05-00687 WHA
    CALIFORNIA PLASTERING INDUSTRY     )
12  PENSION TRUST FUND; BOARD OF       ) STIPULATION AND ORDER FOR
    TRUSTEES OF THE NORTHERN CALIFORNIA) DISMISSAL
13  PLASTERERS HEALTH AND WELFARE TRUST)
    FUND; BOARD OF TRUSTEES OF THE     )
14  NORTHERN CALIFORNIA PLASTERERS'    )
    JOINT APPRENTICESHIP AND TRAINING  )
15  TRUST FUND; BOARD OF TRUSTEES OF THE)
    PLASTERERS LOCAL NO. 295 VACATION  )
16  PLAN; BOARD OF TRUSTEES OF THE     )
    SACRAMENTO VALLEY LATH AND PLASTER )
17  LABOR-MANAGEMENT COOPERATION       )
    COMMITTEE TRUST FUND; BOARD OF     )
18  TRUSTEES OF THE OPERATIVE          )
    PLASTERERS' AND CEMENT MASONS' LOCAL)
19  NO. 300, AREA 295,                 )
                                       )
20              Plaintiffs,            )
                                       )
21       v.                            )
                                       )
22  HINDS BROS. COMPANY, INC., a       )
    California Corporation,            )
23                                     )
                Defendant.             )
24  _____    )

25

26       It is hereby stipulated by and between the parties to the

27  above-entitled action, acting through their counsel of record, that

28  this lawsuit be dismissed with prejudice, pursuant to
```

STIPULATION AND ORDER FOR DISMISSAL - C 05-00687 WHA                Page 1

Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.  The parties shall bear their own costs of suit and attorneys' fees.

                                  McCARTHY, JOHNSON & MILLER
                                  LAW CORPORATION

Dated:  May 22, 2007_____       By:  __/s/  Lori A. Nord_____
                                          LORI A. NORD
                                          Attorneys for Plaintiffs

                                  LAW OFFICES OF JAMES A. THOMPSON

Dated:  July 18, 2007_____       By:  __/s/  James A. Thompson_____
                                          JAMES A. THOMPSON
                                          Attorney for Defendant

    IT IS SO ORDERED.

Dated:  __July 24, 2007_____   _____
                                          JUDGE, United States District Court

*IT IS SO ORDERED. Judge William Alsup*